# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SAMMY R. MCKNIGHT, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:06-1019 |
| v. ) ) | Judge Trauger |
| ROBERT MICHAEL GATES, ) Secretary, Department of Defense, ) ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss (Docket No. 26) is **GRANTED** and the plaintiff's Motion to Certify Class (Docket No. 19-8) is **DENIED**. This case is **DISMISSED**.

It is so ordered.

Entered this 20th day of June 2007.

_____
ALETA A. TRAUGER
United States District Judge